**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07MJ52** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **JOHN DOE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the government's motion to dismiss the above-captioned complaint (Filing No. 5). The motion is granted, and the above-captioned complaint is dismissed without prejudice with regard to the defendant, John Doe.

Dated this 14th day of November, 2007.

                                                 BY THE COURT:

                                                 s/Thomas D. Thalken
                                                 United States Magistrate Judge